155 So. 915

**HARRIS PROPERTIES, Inc., et al. v. STANDARD BUILDING MATE-RIAL CO.**

6 Div. 507.

Supreme Court of Alabama.
June 14, 1934.

PER CURIAM.
Appeal dismissed by appellant.

156 So. 911

**Rudolph KRATZ v. Arthur BONNER.**

6 Div. 515.

Supreme Court of Alabama.
Oct. 18, 1934.

See, also, 228 Ala 607, 155 So. 77; ante, p. 19, 155 So. 355.

David J. Davis, of Birmingham, for appellant.

J. P. Mudd, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

155 So. 915

**Walter LAMBERT v. STATE.**

7 Div. 252.

Supreme Court of Alabama.
June 25, 1934.

PER CURIAM.
Appeal dismissed on motion of appellant.

157 So. 912

**H. J. LANIER v. H. D. COBB.**

4 Div. 747.

Supreme Court of Alabama.
Nov. 8, 1934.

Frank M. De Graffenried, of Seale, for appellant.

J. B. Hicks and Roy L. Smith, both of Phenix City, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 912

**LOUISVILLE & NASHVILLE R. CO. v. Janice CALVIN, Adm'x.**

6 Div. 488.

Supreme Court of Alabama.
Oct. 18, 1934.

Chas. H. Eyster, of Decatur, and White E. Gibson, of Birmingham, for appellant.

Taylor & Higgins and Chas. W. Greer, all of Birmingham, for appellee.

GARDNER, Justice.
Appeal dismissed by appellant.

156 So. 911

**METROPOLITAN LIFE INS. CO. v. Andrew P. GROESCHNER.**

1 Div. 817.

Supreme Court of Alabama.
Oct. 4, 1934.

W. J. Young, of Mobile, for appellant.
Jesse F. Hogan, of Mobile, for appellee.

PER CURIAM.
Appeal dismissed by agreement.